IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BRAULIO ARIZMENDIZ-CONTRERAS,<br><br>　　　　　　　Defendant. | **8:14CR135**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, the court denies the defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 ([Filing No. 53](#)) and enters judgment in favor of the United States of America and against Braulio Arizmendez-Contreras.

Dated this 14th day of July, 2016

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　Senior United States District Judge