IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRAULIO ARIZMENDIZ-CONTRERAS,<br><br>  Defendant. | 8:14CR135<br><br>ORDER |

This matter is before the court on defendant's Motion to Appoint Counsel and for Status of Case, Filing No. 64. On July 14, 2016, the court entered a Memorandum and Order denying defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 and Motion to Appoint Counsel.  See Filing No. 62, Memorandum and Order.  The court also entered Judgment in favor of the United States and against the defendant Braulio Arizmendaz-Contreras.  See Filing No. 63, Judgment. Accordingly, the court will deny as moot defendant's Motion to Appoint Counsel and for Status of Case.

IT IS ORDERED THAT:

1) The defendant's Motion to Appoint Counsel and for Status of Case, Filing No. 64, is denied as moot.

2) The Clerk of Court is directed to mail a copy of the Memorandum and Order and Judgment, Filing Nos. 62 and 63, along with a copy of this Order to the defendant at his last known address.

Dated this 26th day of July, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge